# EXHIBIT 2

| | |
|---|---|
| DISTRICT COURT, COUNTY OF DENVER, STATE OF COLORADO<br><br>**Court Address:**<br>1437 Bannock Street, Room 256<br>Denver, CO 80202<br>(720) 865-8301 | DATE FILED: January 5, 2023 3:51 PM<br>FILING ID: 6CCE98C692152<br>CASE NUMBER: 2023CV30043<br><br><br>▲ **COURT USE ONLY** ▲ |
| **Plaintiff**: JEFFREY SABIN, M.D.<br><br>v.<br><br>**Defendants:** THE PAUL REVERE LIFE INSURANCE COMPANY; UNUM GROUP | |
| **Attorneys for Plaintiff Jeffrey Sabin, M.D.**:<br>Zachary Warzel, No. 36546<br>Ross Pulkrabek, No. 31111<br>Address:  Keating Wagner Polidori Free, P.C.<br>         1290 Broadway<br>         Suite 600<br>         Denver, CO  80203<br>Phone No.: (303) 534-0401<br>Fax No.:   (303) 534-8333<br>E-mail:    zwarzel@keatingwagner.com<br>           rpulkrabek@keatingwagner.com | Case No.:<br><br>Div. |
| **DISTRICT COURT CIVIL (CV) CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT, COUNTERCLAIM, CROSS-CLAIM OR THIRD-PARTY COMPLAINT** | |

1.  This cover sheet shall be filed with the initial pleading of a complaint, counterclaim, cross-claim or third party complaint in every district court civil (CV) case.  It shall not be filed in Domestic Relations (DR), Probate (PR), Water (CW), Juvenile (JA, JR, JD, JV), or Mental Health (MH) cases.  Failure to file this cover sheet is not a jurisdictional defect in the pleading but may result in a clerk's show cause order requiring its filing.

2.  Simplified Procedure under C.R.C.P. 16.1 applies to this case unless (check one box below if this party asserts that C.R.C.P. 16.1 does not apply):

☐ This is a class action, forcible entry and detainer, Rule 106, Rule 120, or other similar expedited proceeding, **or**

☒ This party is seeking a monetary judgment against another party for more than $100,000, including any penalties or punitive damages, but excluding attorney fees, interest and costs, as supported by the following certification:

By my signature below and in compliance with C.R.C.P. 11, based upon information reasonable available to me at this time, I certify that the value of this party's claims against one of the other parties is reasonable believed to exceed $100,000."

**Or**

☐ Another party has previously filed a cover sheet stating that C.R.C.P. 16.1 does not apply to this case.

3. ☒ This party makes a **Jury Demand** at this time and pays the requisite fee. See C.R.C.P. 38. (Checking this box is optional.)

Date:   January 5, 2023.                    **KEATING WAGNER POLIDORI FREE, P.C.**

<u>s/ Zachary C. Warzel</u>
Zachary C. Warzel, CO Reg. #36546
Ross W. Pulkrabek, CO Reg. #31111
1290 Broadway, Suite 600
Denver, CO 80203
Tel: (303) 534-0401
Fax: (303) 534-8333
zwarzel@keatingwagner.com
rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

2