# EXHIBIT 4

| | |
|---|---|
| **DISTRICT COURT, DENVER COUNTY, COLORADO**<br>1437 Bannock Street, Room 256<br>Denver, CO 80202<br>Telephone: (720) 865-8301 | |
| JEFFREY SABIN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,<br><br>Defendants. | ▲ **COURT USE ONLY** ▲<br><br>Case No.: 2023CV30043<br><br>Division: 209 |
| *Attorney for Defendants The Paul Revere Life Insurance Company and Unum Group:*<br><br>Elizabeth Michaels, No. 50200<br>Lewis Roca Rothgerber Christie LLP<br>1601 19th Street, Suite 1000<br>Denver, CO 80202<br>(303) 623-9560<br>EMichaels@lewisroca.com | |
| **DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL** | |

**TO THE HONORABLE JUDGES OF THE DISTRICT COURT,**

Defendants The Paul Revere Life Insurance Company and Unum Group give notice that they filed a Notice of Removal of this action in the United States District Court for the District of Colorado. *See* **Exhibit A**. In accordance with 28 U.S.C. § 1446(d), this Court shall proceed no further unless and until the case is remanded.

119931042.1

Respectfully submitted: January 25, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Elizabeth Michaels*
Elizabeth Michaels, No. 50200
1601 19th Street, Suite 1000
Denver, CO 80202
(303) 623-9560
EMichaels@lewisroca.com

*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

# CERTIFICATE OF SERVICE

I certify that on January 25, 2023, a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF FILING OF NOTICE OF REMOVAL** was served via ICCES on the following:

Zachary Warzel
Ross Pulkrabek
KEATING WAGNER POLIDORI FREE, PC
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
zwarzel@keatingwagner.com
rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

*s/Elizabeth Michaels*
Elizabeth Michaels

2

119931042.1