**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. _____

JEFFREY SABIN, M.D.,

Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY
and UNUM GROUP,

Defendants.

**NOTICE OF FILING OF STATE COURT RECORDS**
**PURSUANT TO 28 U.S.C. § 1446(A) AND D.C.COLO.L.CIV.R 81.1**

This case was removed to this Court on January 27, 2023. Defendants The Paul Revere Life Insurance Company and Unum Group hereby submit all state court pleadings, motions and other papers pursuant to 28 U.S.C. § 1446(a) and D.C.Colo.LCivR 81.1, as indexed and attached as **Exhibits A-I**.

119931059.1

Respectfully submitted January 27, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Elizabeth Michaels*
Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
(303) 628-9560
(303) 623-9222 (f)
EMichals@lewisroca.com

Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
(602) 262-5311
(602) 262-5747 (f)
Sbressler@lewisroca.com

*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

2

119931059.1

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023, a true and correct copy of the foregoing **NOTICE OF FILING OF STATE COURT RECORDS PURSUANT TO 28 U.S.C. § 1446(A) AND D.C.COLO.L.CIV.R 81.1** was filed via the CM/ECF system and was served upon the following:

Zachary Warzel
Ross Pulkrabek
KEATING WAGNER POLIDORI FREE, PC
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
(303) 534-8333 (f)
zwarzel@keatingwagner.com
rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

                              *s/ Elizabeth Michaels*
                              Elizabeth Michaels