**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.  _____

JEFFREY SABIN, M.D.,

Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY
and UNUM GROUP,

Defendants.

---

**CORPORATE DISCLOSURE STATEMENT**

---

Defendants The Paul Revere Life Insurance Company and Unum Group submit this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Defendant Unum Group is publicly traded on the New York Stock Exchange under the symbol UNM.  Based on its filings with the Securities and Exchange Commission on Schedule 13G, BlackRock, Inc. and its affiliates own more than 10% of the common stock of Unum Group.

Defendant The Paul Revere Life Insurance Company is a wholly owned subsidiary of Unum Group.

119931046.1

Respectfully submitted January 27, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Elizabeth Michaels*
Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
(303) 628-9560
(303) 623-9222 (f)
EMichals@lewisroca.com

Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
(602) 262-5311
(602) 262-5747 (f)
Sbressler@lewisroca.com

*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

## CERTIFICATE OF SERVICE

I certify that on January 27, 2023, a true and correct copy of the foregoing

**CORPORATE DISCLOSURE STATEMENT** was filed via the CM/ECF system and was

served upon the following:

Zachary Warzel
Ross Pulkrabek
KEATING WAGNER POLIDORI FREE, PC
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
(303) 534-8333 (f)
zwarzel@keatingwagner.com
rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

*s/ Elizabeth Michaels*
Elizabeth Michaels

2

119931046.1