UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00236-REB

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5(a), Zachary C. Warzel of the law firm Keating Wagner Polidori Free, P.C., certifies that he is a member in good standing of the bar of this Court, and enters his appearance in this case as co-counsel for Plaintiff, Jeffrey Sabin, M.D.

Dated this 30th day of January 2023.

                KEATING WAGNER POLIDORI FREE, P.C.

By:  *s/ Zachary C. Warzel*
      Zachary C. Warzel, CO Reg. #36546
      Ross W. Pulkrabek, CO Reg. #31111
      1290 Broadway, Suite 600
      Denver, CO 80203
      Telephone: (303) 534-0401
      Facsimile: (303) 534-8333
      Email: zwarzel@keatingwagner.com
      Email: rpulkrabek@keatingwagner.com

      *Attorneys for Plaintiff Jeffrey Sabin, M.D.*

## CERTIFICATE OF SERVICE

       I certify that on January 30, 2023, a true and correct copy of the foregoing was filed via CM/ECF system and was served upon the following:

**Counsel for Defendants:**

Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
EMichaels@lewisroca.com

Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Sbressler@lewisroca.com

                                          *s/ Leslie J. Ruiz*
By: _____
                  Leslie J. Ruiz, Litigation Paralegal
                  Keating Wagner Polidori Free, P.C.