UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00236-REB

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5(a), Ross W. Pulkrabek of the law firm Keating Wagner Polidori Free, P.C., certifies that he is a member in good standing of the bar of this Court, and enters his appearance in this case as co-counsel for Plaintiff, Jeffrey Sabin, M.D.

Dated this 30th day of January 2023.

KEATING WAGNER POLIDORI FREE, P.C.

By: *s/ Ross W. Pulkrabek*

Ross W. Pulkrabek, CO Reg. #31111
Zachary C. Warzel, CO Reg. #36546
1290 Broadway, Suite 600
Denver, CO 80203
Telephone: (303) 534-0401
Facsimile: (303) 534-8333
Email: rpulkrabek@keatingwagner.com
Email: zwarzel@keatingwagner.com

*Attorneys for Plaintiff Jeffrey Sabin, M.D.*

1

## CERTIFICATE OF SERVICE

  I certify that on January 30, 2023, a true and correct copy of the foregoing was filed via CM/ECF system and was served upon the following:

**Counsel for Defendants:**

Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
EMichaels@lewisroca.com

Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Sbressler@lewisroca.com

             *s/ Leslie J. Ruiz*
        By: _____
            Leslie J. Ruiz, Litigation Paralegal
            Keating Wagner Polidori Free, P.C.

2