## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.  1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY, and
UNUM GROUP,

Defendants.

---

## ENTRY OF APPEARANCE OF STEPHEN M. BRESSLER

---

Pursuant to D.C.COLO.LAttyR 5(a), Stephen M. Bressler of the law firm Lewis Roca

Rothgerber Christie LLP certifies that he is a member in good standing of the bar of this Court

and enters his appearance in this matter as counsel on behalf for Defendants The Paul Revere

Life Insurance Company and Unum Group.

Respectfully submitted on January 31, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

s/ Stephen M. Bressler
Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 262-5311
E-mail:  sbressler@lewisroca.com

Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
Phone:  (303) 623-9000
E-Mail:  EMichaels@lewisroca.com
Attorneys for Defendants

120083667.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 31, 2023, a true and correct copy of the foregoing **ENTRY OF APPEARANCE OF STEPHEN M. BRESSLER** was filed via the CM/ECF system and was served upon the following:

> Ross W. Pulkrabek, Esq.
> Zachary C. Warzel, Esq.
> KEATING WAGNER POLIDORI FREE, P.C.
> 1290 Broadway, Suite 600
> Denver, CO 80203
> rpulkrabek@keatingwagner.com
> zwarzel@keatingwagner.com
> *Attorneys for Plaintiff*

s/ *Stephen M. Bressler*
Stephen M. Bressler

120083667.1