**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY
and UNUM GROUP,

Defendants.

---

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT PURSUANT TO D.C.COLO.LCIVR 6.1**

---

Defendants The Paul Revere Life Insurance Company ("Paul Revere") and Unum Group ("Unum") submit this Stipulation for Extension of Time to File an Answer or Otherwise Respond to Plaintiff's Complaint Pursuant to D.C.Colo.LCivR 6.1. In support thereof, the Parties state:

1. On January 5, 2023, Plaintiff filed his Complaint and Jury Demand in the Denver County District Court, State of Colorado, Case No. 2023CV30043.

2. On January 6, 2023, Defendant Unum was served with the Complaint and Jury Demand.

3. On January 27, 2023, Defendants removed this case from state to federal court pursuant to 28 U.S.C. §§ 1332 and 1446.

4. Under Federal Rule of Civil Procedure 81(c)(2), Defendants have the longer of (a) twenty-one (21) days from service of summons to file an answer or (b) seven (7) days after

the notice of removal is filed. Since Defendants removed this case to federal court on January 27, 2023, Defendants' deadline to file a response to Plaintiff's Complaint is currently February 3, 2023.

5. On January 10, 2023, Defendants retained the undersigned counsel from Lewis Roca Rothgerber Christie LLP.

6. Given the complexity of the disputed coverage issue, the claim file, and related medical records, Defendants require additional time to adequately review these documents and for defense counsel to confer with Defendants before filing a responsive pleading.

7. The Parties have agreed to a twenty-one (21) day extension of time for the Defendants to file their Answer.

8. Pursuant to D.C.ColoLCivR 6.1(a), parties may stipulate, in writing, to one extension not to exceed twenty-one (21) days beyond the time limit imposed by the Federal Rules of Civil Procedure and this District's Local Rules.

9. As a result of the stipulation for extension of time, Defendants' deadline to file their Answer would be February 24, 2023.

10. The Parties do not seek this extension for any improper purpose or intent to delay this proceeding, but rather to adequately counsel and represent the clients.

11. Pursuant to D.C.Colo.LCivR 6.1(c), counsel for all Parties will contemporaneously serve this Stipulation for Extension of Time to their respective clients.

WHEREFORE, the Parties respectfully request this Court to enter an Order:

a. Granting this Unopposed Motion for Extension of Time to File an Answer;

b. Setting Defendants' deadline to file an Answer to February 24, 2023;

c. Providing for such other relief as the Court deems appropriate under the circumstances.

Respectfully submitted February 1, 2023.

KEATING WAGNER POLIDORI FREE, PC

*s/ Zachary Warzel*
Zachary Warzel
Ross Pulkrabek
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
(303) 534-8333 (f)
zwarzel@keatingwagner.com
rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff Jeffrey Sabin, M.D.*

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Elizabeth Michaels*
Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
(303) 628-9560
(303) 623-9222 (f)
EMichals@lewisroca.com

Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
(602) 262-5311
(602) 262-5747 (f)
SBressler@lewisroca.com

*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

**CERTIFICATE OF SERVICE**

I certify that on February 1, 2023 a true and correct copy of the foregoing was filed via the CM/ECF system and was served upon the following:

Zachary Warzel
Ross Pulkrabek
KEATING WAGNER POLIDORI FREE, PC
1290 Broadway, Suite 600
Denver, CO 80203
(303) 534-0401
(303) 534-8333 (f)
zwarzel@keatingwagner.com
rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

*s/ Elizabeth Michaels*
Elizabeth Michaels