UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00236-REB

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

## NOTICE OF APPEARANCE OF COUNSEL

Pursuant to D.C.COLO.LAttyR 5(a), Aaron D. Goldhamer of the law firm Keating Wagner Polidori Free, P.C., certifies that he is a member in good standing of the bar of this Court, and enters his appearance in this case as co-counsel for Plaintiff, Jeffrey Sabin, M.D.

Dated this 27th day of February 2023.

                                                KEATING WAGNER POLIDORI FREE, P.C.

                                                *s/ Aaron D. Goldhamer*

By:   _____
        Aaron D. Goldhamer, CO Reg. #41016
        Ross W. Pulkrabek, CO Reg. #31111
        Zachary C. Warzel, CO Reg. #36546
        1290 Broadway, Suite 600
        Denver, CO 80203
        Telephone: (303) 534-0401
        Facsimile: (303) 534-8333
        Email: agoldhamer@keatingwagner.com
        Email: rpulkrabek@keatingwagner.com
        Email: zwarzel@keatingwagner.com

        *Attorneys for Plaintiff Jeffrey Sabin, M.D.*

## CERTIFICATE OF SERVICE

I certify that on February 27, 2023, a true and correct copy of the foregoing was filed via CM/ECF system and was served upon the following:

**Counsel for Defendants:**

Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
EMichaels@lewisroca.com

Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Sbressler@lewisroca.com

                                      *s/ Leslie J. Ruiz*
By: _____
                Leslie J. Ruiz, Litigation Paralegal
                Keating Wagner Polidori Free, P.C.