UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

### DEFENDANTS' MOTION FOR PERMISSION FOR STEPHEN M. BRESSLER TO APPEAR TELEPHONICALLY AT APRIL 3, 2023 SCHEDULING CONFERENCE

This Court has set a Scheduling Conference for April 3, 2023 at 9:30 a.m. (Doc. 12). Defendants' counsel, Stephen M. Bressler, requests permission to appear by telephone.

The reason for the request is as follows. Mr. Bressler lives in Phoenix. Unless he flies to Denver the day before the Scheduling Conference, he will not be able to attend the conference in person. He therefore requests permission to attend by phone.

While Defendants' other counsel, Elizabeth Michaels, is located in Denver, she is presently not able to attend the Scheduling Conference.

### Conferral

Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants conferred with counsel for Plaintiff. Counsel for Plaintiff advised that they do not oppose the Motion.

A proposed Order is attached pursuant to D.C.COLO.LCivR 7.1(g).

Respectfully submitted: March 17, 2023.

120577772.1

- 2 -

LEWIS ROCA ROTHGERBER CHRISTIE LLP

s/ *Stephen M. Bressler*
Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 262-5311
E-mail:  sbressler@lewisroca.com

Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
Phone: (303) 623-9000
E-Mail:  EMichaels@lewisroca.com

*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

## CERTIFICATE OF SERVICE

I certify that on March 17, 2023 a true and correct copy of the foregoing was filed via the CM/ECF system and served upon the following:

Zachary Warzel
Ross Pulkrabek
KEATING WAGNER POLIDORI FREE, PC
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
E-mail: zwarzel@keatingwagner.com
         rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

s/ *Anitra Herrera*
Anitra Herrera

- 2 -