**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

---

**ORDER PERMITTING STEPHEN M. BRESSLER TO APPEAR TELEPHONICALLY AT APRIL 3, 2023 SCHEDULING CONFERENCE**

---

The Court has reviewed Defendants' Motion for Stephen M. Bressler to Appear Telephonically at the April 3, 2023 Scheduling Conference, and good cause appearing,

IT IS ORDERED that Stephen M. Bressler may appear telephonically for the April 3, 2023 Scheduling Conference.

ORDERED this ____ day of _____, 2023.

                              UNITED STATES DISTRICT COURT

                              _____

                              Judge Kristen L. Mix

120577856.1