**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

---

### DEFENDANTS' AMENDED MOTION FOR PERMISSION FOR STEPHEN M. BRESSLER TO APPEAR TELEPHONICALLY AT APRIL 3, 2023 SCHEDULING CONFERENCE

---

    This Court has set a Scheduling Conference for April 3, 2023 at 9:30 a.m. (Doc. 12). Defendants previously requested permission for Stephen M. Bressler to appear by telephone (Doc. 18). Mr. Bressler lives in Phoenix. Unless he flies to Denver the day before the Scheduling Conference, he will not be able to attend the conference in person. He therefore requests permission to attend by phone.

    In the motion, Defendants stated that their other counsel, Elizabeth Michaels, was presently not able to attend the Scheduling Conference. She is now available and will attend the Scheduling Conference in person.

    Defendants still request permission for Mr. Bressler to appear by phone.

**Conferral**

    Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants previously conferred with counsel for Plaintiff. Counsel for Plaintiff advised that they do not oppose the Motion.

- 2 -

A proposed Order is attached pursuant to D.C.COLO.LCivR 7.1(g).

Respectfully submitted: March 20, 2023.

                LEWIS ROCA ROTHGERBER CHRISTIE LLP

                s/ *Stephen M. Bressler*
                Stephen M. Bressler
                201 E. Washington Street, Suite 1200
                Phoenix, AZ 85004
                Phone: (602) 262-5311
                E-mail:  sbressler@lewisroca.com

                Elizabeth Michaels
                1601 19th Street, Suite 1000
                Denver, CO 80202
                Phone: (303) 623-9000
                E-Mail:  EMichaels@lewisroca.com

                *Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

## CERTIFICATE OF SERVICE

I certify that on March 20, 2023 a true and correct copy of the foregoing was filed via the CM/ECF system and served upon the following:

Zachary Warzel
Ross Pulkrabek
KEATING WAGNER POLIDORI FREE, PC
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
E-mail: zwarzel@keatingwagner.com
        rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

                s/ *Anitra Herrera*
                Anitra Herrera

120595234.1