IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: April 3, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 23-cv-00236-DDD-KLM

*Parties*:                                              *Counsel*:

JEFFREY SABIN,                                Aaron Goldhamer

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE          Elizabeth Michaels
COMPANY, ET AL.,                                    Stephen Bressler (by phone)

    Defendants.

## COURTROOM MINUTES

**RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   9:39 a.m.**
Court calls case. Appearances of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties/Amendment of Pleadings: **May 18, 2023.**

Discovery Cut-off: **February 9, 2024.**

Dispositive Motions Deadline: **March 15, 2024.**

Parties shall designate affirmative experts **on or before October 6, 2023.**

Parties shall designate rebuttal experts **on or before December 15, 2023.**

Each party shall be limited to no more than **one (1)** expert per subject matter area of expertise, absent further leave of Court.

Each side shall be limited to **ten (10)** depositions, absent further leave of Court.

Each party shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

**FINAL PRETRIAL CONFERENCE**, **TRIAL PREPARATION AND TRIAL** will be set before the Honorable Daniel D. Domenico at a future date.

- Scheduling Order is signed and entered with interlineations on April 3, 2023.

HEARING CONCLUDED.
**Court in recess:     9:42 a.m.**
Total Time:     00:03

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.