# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

## STIPULATED RULE 502(d) ORDER

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

120741854.1

Respectfully submitted: April 12, 2023.

| KEATING WAGNER POLIDORI FREE, PC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| *s/ Aaron Goldhamer* | *s/ Stephen Bressler* |
| Aaron Goldhamer | Stephen M. Bressler |
| Zachary Warzel | 201 E. Washington Street, Suite 1200 |
| Ross Pulkrabek | Phoenix, AZ 85004 |
| 1290 Broadway, Suite 600 | Phone: (602) 262-5311 |
| Denver, CO 80203 | E-mail: sbressler@lewisroca.com |
| Phone: (303) 534-0401 | |
| E-mail: agoldhamer@keatingwagner.com | Elizabeth Michaels |
| zwarzel@keatingwagner.com | 1601 19th Street, Suite 1000 |
| rpulkrabek@keatingwagner.com | Denver, CO 80202 |
| | Phone: (303) 623-9000 |
| *Attorneys for Plaintiff* | E-mail: emichaels@lewisroca.com |
| | *Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group* |

**SO ORDERED:**

Dated: __13 Apr 2023__

Hon. Kristen L. Mix
United States Magistrate Judge