**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

      Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

      Defendants.

---

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

---

Defendants The Paul Revere Life Insurance Company and Unum Group submit this Supplemental Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.  ***The supplemental information can be found in bold and italics.***

Defendant Unum Group is publicly traded on the New York Stock Exchange under the symbol UNM.  Based on its filings with the Securities and Exchange Commission on Schedule 13G, BlackRock, Inc. and its affiliates own more than 10% of the common stock of Unum Group.  ***Based on its filings with the Securities and Exchange Commission on Schedule 13G, Vanguard Group, Inc., and its affiliates own more than 10% of the common stock of Unum Group.***

Defendant The Paul Revere Life Insurance Company is a wholly owned subsidiary of Unum Group.

120998103.1

Respectfully submitted on May 9, 2023.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

*s/ Stephen M. Bressler*
Stephen Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Phone: (602) 262-5311
E-mail: sbressler@lewisroca.com

Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
Phone: (303) 623-9000
E-mail: emichaels@lewisroca.com

*Attorneys for Defendants The Paul Revere Life Insurance Company and Unum Group*

### CERTIFICATE OF SERVICE

I certify that on May 9, 2023, a true and correct copy of the foregoing **SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** was filed via the CM/ECF system and was served upon the following:

Zachary Warzel
Ross Pulkrabek
KEATING WAGNER POLIDORI FREE, PC
1290 Broadway, Suite 600
Denver, CO 80203
Phone: (303) 534-0401
E-mail: zwarzel@keatingwagner.com
          rpulkrabek@keatingwagner.com

*Attorneys for Plaintiff*

*s/ Stephen M. Bressler*
Stephen M. Bressler

120998103.1