UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00236-DDD-KLM

JEFFREY SABIN, M.D.,

    Plaintiff,

v.

THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP,

    Defendants.

---

### JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff, Jeffrey Sabin, M.D., by and through his attorneys, Zachary C. Warzel, Ross W. Pulkrabek and Aaron D. Goldhamer of the law firm Keating Wagner Polidori Free, P.C., and Defendants, The Paul Revere Life Insurance Company and UNUM Group, by and through their attorneys, Elizabeth Michaels and Stephen M. Bressler of the law firm Lewis Roca Rothgerber Christie LLP, for their Joint Motion to Amend Scheduling Order, state the following:

1. The current Scheduling Order (Doc. 26) provides the following schedule for expert disclosures, discovery cutoff, and dispositive motions:

- Affirmative Experts:   October 6, 2023;
- Responsive Experts:    November 17, 2023;
- Rebuttal Experts:      December 15, 2023;
- Discovery Cutoff:      February 9, 2024;
- Dispositive Motions:   March 15, 2024.

2. The parties jointly request that these deadlines be extended by four weeks, as follows:

- Affirmative Experts: November 3, 2023;
- Responsive Experts: December 15, 2023;
- Rebuttal Experts: January 12, 2024;
- Discovery Cutoff: March 8, 2024;
- Dispositive Motions: April 19, 2024.

3. Good cause exists for the requested amendment of the Scheduling Order. Specifically, the deposition of one of Defendants' representatives, Jean-Marie Merritt, was scheduled to take place on September 14, 2023. The deposition was cancelled on September 13, 2023, at Defendants' request, due to the illness of the deponent. Ms. Merritt's deposition has been rescheduled to take place on October 11, 2023 – the earliest possible date for all involved.

4. October 11, 2023 is past the affirmative expert witness disclosure deadline, and this deposition is needed for Plaintiff's affirmative expert disclosures. Thus, an extension of time is needed to allow sufficient time to receive the deposition transcript and allow Plaintiff's expert to review the testimony. This, in turn, will require corresponding extensions of the other expert disclosure deadlines, the discovery cutoff, and the dispositive motions deadline.

5. The parties, therefore, respectfully request that the Court amend the Scheduling Order to reflect the new deadlines set forth in paragraph 2, above.

6. This is the first extension of time requested with respect to this matter.

7. No party will be prejudiced if the requested relief is granted.

8. All parties are serving a copy of this motion on their respective clients, as required by D.Colo.L.Civ.R. 6.1(c).

Respectfully Submitted: September 27, 2023.

| | |
|---|---|
| */s/ Zachary Warzel* | */s/ Stephen Bressler* |
| Zachary Warzel | Stephen M. Bressler |
| 1290 Broadway, Suite 600 | 201 E. Washington Street, Suite 1200 |
| Denver, CO 80203 | Phoenix, AZ 85004 |
| 303.534.0401 | 602.262.5311 |

### CERTIFICATE OF SERVICE

I certify that on 9/27/2023, a true and correct copy of the foregoing was filed via CM/ECF system and was served upon the following:

**Counsel for Defendants:**

Elizabeth Michaels
1601 19th Street, Suite 1000
Denver, CO 80202
EMichaels@lewisroca.com

Stephen M. Bressler
201 E. Washington Street, Suite 1200
Phoenix, AZ 85004
Sbressler@lewisroca.com

*s/ Deborah A. Fournier*
By: _____
Deborah A. Fournier, Paralegal
Keating Wagner Polidori Free, P.C.

3