Unum
The Benefit Center
PO Box 100262
Columbia, SC 29202
Phone: **1-888-226-7959**
Fax: **1-866-562-4794**
www.unum.com



January 6, 2021

JEFFREY J SABIN MD
2 WHITE FIR CT
LITTLETON, CO 80127

RE:    Sabin, Jeffrey J
        Claim Number:        0102663943001
        The Paul Revere Life Insurance Company

Thank you for speaking with me on January 6, 2021. We are writing to provide you with an update on the status of your Individual Disability claim and to request some additional information needed for our evaluation of your eligibility for benefits under your policy at this time.

We understand you are claiming disability beginning July 9, 2020 due to glaucoma and multiple eye surgeries. The Attending Physician Statement completed by Dr. Todd Maus on October 21, 2020 confirms your diagnosis.

Your occupation is that of a self-employed orthopedic spine surgeon. Beginning July 9, 2020, you have been unable to perform surgery due to your vision. You indicated that you have continued to evaluate patients in your office and make referrals to other surgeons if a patient requires surgery. You also indicated that you have continued to perform medical record reviews for insurance companies.

Your policy provides both Total and Residual Disability benefits.

Total Disability benefits are payable if you are unable to perform the important duties of your occupation in which you were engaged at the time your disability begins.

Residual Disability benefits are payable if you continue to work but are unable to perform one or more of the important duties of your occupation in which you were engaged at the time your disability begins or you are unable to perform the duties for more than 80% of the time normally required to perform them.

To be eligible for Residual Disability benefits under your policy, you are also required to experience a loss of earnings of at least 20%.

During our telephone conversation on November 10, 2020, you had indicated that you are claiming Total Disability benefits beginning July 9, 2020 due to your inability to perform surgery.

In order to evaluate your occupational duties and demands and production in your occupation before and after July 9, 2020, you provided our office with a monthly CPT code report for the

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.
1242-03

02875008893871301

*Claimant Name: Jeffrey J Sabin*    *Claim #:  18451825*

PRL-CL-IDI-000655

**EXHIBIT 2**

Claimant Name: Sabin, Jeffrey J
Claim Number: 0102663943001

January 6, 2021
Page 2 of 5

period of July 2019 through November 2020. This information was reviewed by our vocational consultant.

Our vocational consultant completed their review of your CPT codes and confirmed that since July 2020, you are no longer performing surgery in your occupation. However, our vocational consultant also noted that prior to your disability, surgery only accounted for about 36% of your total charges during the year prior to your disability.

The CPT codes also showed that you have continued to perform medical / legal reviews since your disability began. Our vocational consultant noted that medical / legal reviews accounted for your highest charges during the year prior to your disability at about 43%.

Although surgery is considered an important duty of your occupation at the time your disability began, the medical / legal reviews you perform in your occupation are also considered to be an important duty of your occupation.

Because you are unable to perform one of the important duties of your occupation but continue to perform another important duty of your occupation, we have determined that you are not Totally Disabled under the terms of your policy at this time.

As such, we will evaluate your eligibility for Residual Disability benefits under your policy.

As indicated above, to be eligible for Residual Disability benefits under your policy, you must experience a loss of earnings of at least 20%. Furthermore, the monthly Residual Disability benefit you are eligible for is contingent upon your loss of earnings percentage.

Therefore, we are requesting you provide the following information to our office at this time so that we can calculate your monthly loss of earnings since your disability began.

*To calculate your Prior Earnings:*

- Complete copies of your business and personal tax returns from 2015 through 2019 including all schedules and attachments (W-2's, 1099's, K-1's, etc.).

- Copies of your monthly profit and loss statements from July 2019 through June 2020.

- Copies of all paystubs you received during the period of July 2019 through June 2020.

- Documentation of contributions made on your behalf to a pension or profit sharing program during the period of January 2015 to July 2020.

*To calculate your current Monthly Earnings:*

- Copies of your monthly profit and loss statements from July 2020 to the present.

- Copies of all paystubs you have received from July 2020 to the present.

- Documentation of contributions made on your behalf to a pension or profit sharing program during the period of July 2020 to the present.

*Claimant Name: Jeffrey J Sabin*      *Claim #:  18451825*

02875008893871302

PRL-CL-IDI-000656

**EXHIBIT 2**

Claimant Name: Sabin, Jeffrey J
Claim Number: 0102663943001

January 6, 2021
Page 3 of 5

Please submit this information to our office by **February 5, 2021**. This information may be faxed to 1-866-562-4794, mailed to the address provided at the top of this letter or emailed to me at RWaterman@UNUM.com.

Upon receipt of the information needed to calculate your loss of earnings since July 2020, it will be reviewed by one of our financial consultants.

Of note, your policy indicates that Residual Disability benefits will not be paid beyond the later of your 65th birthday or the date on which 24 months of disability benefits have been paid. Given your age at the time your disability began, you will be eligible for 24 months of benefits if we determine you are Residually Disabled under the terms of your policy.

Furthermore, your policy's Association Dues Benefit Rider indicates that it is only payable if you are Totally Disabled under the terms of your policy. As we have determined you are not Totally Disabled under your policy, you are not eligible for the annual benefits under this rider.

Regarding our evaluation of your medical restrictions and limitations since July 9, 2020, copies of your medical records from Dr. Maus and Dr. Gerald Brown have been reviewed by our medical staff who have determined that some additional information is needed from the office of Dr. Maus (copies of recent testing).

This additional information has been requested from Dr. Maus' office. Upon receipt, our medical staff will review and determine your medical restrictions and limitations since July 9, 2020.

**Policy Definitions and Provisions**

A copy of your policy was mailed to you on November 12, 2020. The following definitions and provisions are included in your policy and are relevant to the decision made on your Individual Disability claim.

- Definition of Your Occupation
- Definition of Total Disability
- Definition of Residual Disability
- Definition of Maximum Benefit Period
- Total Disability Benefit
- Residual Disability Benefit
- Definition of Loss of Earnings
- Definition of Prior Earnings
- Definition of Monthly Earnings
- Association Dues Benefit Rider

**What if you disagree with the decision and you have *new information* to submit?**

If you disagree with our decision and you have new information to submit, you may request to have your file reevaluated by the Benefit Specialist who made the initial decision.

**How much time do you have to request a reevaluation of your claim?**

Please submit your written request within 180 days from the date you receive this letter.

*Claimant Name: Jeffrey J Sabin*        *Claim #:   18451825*

02875008893871302

PRL-CL-IDI-000657

**EXHIBIT 2**

Claimant Name: Sabin, Jeffrey J
Claim Number: 0102663943001

January 6, 2021
Page 4 of 5

### How does the reevaluation process work?

If you have new information you want us to consider, please send it to us as soon as possible. The Benefit Specialist who made the initial decision will review the claim again taking the new information into consideration. The Benefit Specialist will provide you with a written response within 90 days of our receipt of the new information.

After this review, we will send you a letter explaining our decision. If you still disagree with our decision you will have the option to request an additional independent review by our Appeals Department.

### What information is available to you?

Upon your written request and without charge, we will provide you with all documents, records and other information relevant to your claim for benefits.

### Where do you mail or fax your written request for reevaluation and new information?

Reevaluation Request
PO Box 9548
Portland, ME 04122-5058
Fax Number: 1-866-562-4794

### What if you disagree with the decision, but *don't have new information* to submit?

If you disagree with our decision, but don't have new information to submit you may request to have your file reviewed by our Appeals Department. Please submit a written letter of appeal outlining the basis for your disagreement.

### How much time do you have to request an Appeal?

Please submit your written request for appeal within 180 days from the date you receive this letter.

### How does the Appeal process work?

An Appeals Specialist will review your entire claim and may consult medical and vocational experts or other resources. The Appeals Specialist will make an independent decision on your claim.

### How much time does the Appeal review take?

We want you to know that our Appeals Unit is committed to completing their review as soon as possible and will provide you with status updates every thirty days until a decision is reached.

### What information is available to you?

Upon your written request, we will provide you with all documents, records and other information relevant to your claim for benefits.

Claimant Name: Jeffrey J Sabin     Claim #:   18451825

02875008893871302

PRL-CL-IDI-000658

**EXHIBIT 2**

Claimant Name: Sabin, Jeffrey J
Claim Number: 0102663943001

January 6, 2021
Page 5 of 5

**Where do you mail or fax your written request for Appeal?**

The Appeals Unit
PO Box 9548
Portland, ME 04122-5058
Fax Number: 207-575-2354

We will send you a letter acknowledging receipt of your request within 7 days.

| | |
|---|---|
| Spanish: To obtain assistance in Spanish, call 1-800-858-6843. | Para obtener asistencia en Español, llame al 1-800-858-6843. |
| Chinese: To obtain assistance in Chinese, call 1-800-858-6843. | （中文）：如果需要中文的帮助，请拨打这个号码：1-800-858-6843. |
| Tagalog: To obtain assistance in Tagalog, call 1-800-858-6843. | Kung kailangan ninyo ng tulong sa Tagalog, tumawag sa 1-800-858-6843. |
| Navajo: To obtain assistance in Dine, call 1-800-858-6843. | Dinek`ehgo shika at`ohwol ninisingo, kwiijigo holne` 1-800-858-6843. |

We will continue to keep you updated on the status of your claim. If you have any questions, please contact me at 1-888-226-7959, extension 76512.

Sincerely,

*Ryan Waterman*

Ryan Waterman
Lead Benefit Specialist

*Claimant Name: Jeffrey J Sabin      Claim #:  18451825*

02875008893871302

PRL-CL-IDI-000659

**EXHIBIT 2**