Unum
The Benefit Center
PO Box 100262
Columbia, SC 29202
Phone: **1-888-226-7959**
Fax: **1-866-562-4794**
www.unum.com



February 12, 2021

JEFFREY J SABIN MD
2 WHITE FIR CT
LITTLETON, CO 80127

RE:    Sabin, Jeffrey J
       Claim Number:                    0102663943001
       The Paul Revere Life Insurance Company

Thank you for speaking with me on February 12, 2021. We are writing to follow up on our conversation regarding the status of your Individual Disability claim.

We understand you are claiming that you have been Totally Disabled under the terms of your policy since July 9, 2020 due to glaucoma.

Your occupation is that of a self-employed orthopedic spine surgeon. Beginning July 9, 2020, you have been unable to perform surgery due to your vision. You indicated that you have continued to evaluate patients in your office and make referrals to other surgeons if a patient requires surgery. You also indicated that you have continued to perform medical record reviews for insurance companies.

To evaluate your occupational duties and demands and production in your occupation before and after July 9, 2020, you provided our office with a monthly CPT code report for the period of July 2019 through November 2020. This information was reviewed by our vocational consultant.

Our vocational consultant completed their review of your CPT codes and confirmed that since July 2020, you are no longer performing surgery in your occupation. However, our vocational consultant also noted that prior to your disability, surgery only accounted for 36% of your total charges during the 12 months prior to your disability.

The CPT codes also showed that you have continued to perform medical / legal reviews since your disability began. Our vocational consultant noted that medical / legal reviews accounted for your highest charges during the year prior to your disability at about 43%.

Although surgery is considered an important duty of your occupation at the time your disability began, it was determined that the medical / legal reviews you perform in your occupation are also considered to be an important duty of your occupation.

As explained in our letter to you dated January 6, 2021, because we determined you are unable to perform one of the important duties of your occupation but continue to perform another important duty of your occupation, we determined you are not Totally Disabled under the terms of your policy and that we would evaluate your eligibility for Residual Disability benefits instead.

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.
1242-03

02875009010802701

Claimant Name: Sabin, Jeffrey J
Claim Number: 0102663943001

February 12, 2021
Page 2 of 3

On January 10, 2021, you provided additional information to our office for review and requested that we re-evaluate the decision made that you are not Totally Disabled under your policy.

In your letter to our office dated January 10, 2021, you explained that the COVID-19 pandemic had impacted the amount of surgeries you were able to perform during the months prior to your disability. You indicated that you were legally unable to perform surgeries for approximately two months due to your office being closed, with ongoing lingering affects even after reopening your office.

You provided CPT code reports dating back to July 2016 and requested that we evaluate these codes for a more accurate representation of your production in your occupation prior to your disability.

Our vocational consultant has now completed a review of your CPT codes for the period of March 2019 through February 2020; the 12 months prior to the period during which your business was impacted by the COVID-19 pandemic.

A review of your CPT codes during the period of March 2019 through February 2020 indicates surgery accounted for 42% of your total charges and legal / medical reviews accounted for 37% of your total charges.

Although an updated review of your CPT codes indicates that your highest charges were for surgeries, our vocational consultant has indicated that both surgery and medical / legal reviews would be considered important duties of your occupation given the percentage of charges they accounted for prior to your disability.

As such, it remains our determination that medical / legal reviews are considered an important duty of your occupation that you continue to perform, we will continue to evaluate your eligibility for Residual Disability benefits under your policy rather than Total Disability benefits.

Of note, your policy defines your occupation as the occupation you are engaged in at the time you become disabled. Therefore, the CPT codes you provided from July 2016 through February 2019 were not reviewed to determine your production in your occupation prior to your disability.

As a reminder, to be eligible for Residual Disability benefits under your policy, you must experience a loss of earnings of at least 20%. Furthermore, the monthly Residual Disability benefit you are eligible for is contingent upon your loss of earnings percentage.

The following information is needed to calculate your loss of earnings since July 2020 and evaluate your eligibility for Residual Disability benefits under your policy.

*To calculate your Prior Earnings:*

- Complete copies of your business and personal tax returns from 2015 through 2019 including all schedules and attachments (W-2's, 1099's, K-1's, etc.).

- Copies of your monthly profit and loss statements from July 2019 through June 2020.

- Copies of all paystubs you received during the period of July 2019 through June 2020.

02875009010802702

Claimant Name: Jeffrey J Sabin        Claim #:    18451825

PRL-CL-IDI-001315

**EXHIBIT 3**

Claimant Name: Sabin, Jeffrey J
Claim Number: 0102663943001

February 12, 2021
Page 3 of 3

- Documentation of contributions made on your behalf to a pension or profit sharing program during the period of January 2015 to July 2020.

*To calculate your current Monthly Earnings:*

- Copies of your monthly profit and loss statements from July 2020 to the present.

- Copies of all paystubs you have received from July 2020 to the present.

- Documentation of contributions made on your behalf to a pension or profit sharing program during the period of July 2020 to the present.

As indicated in our letter to you dated February 5, 2021, we are requesting you provide this information to our office by March 7, 2021. This information may be faxed to 1-866-562-4794, mailed to the address provided at the top of this letter or emailed to me at RWaterman@UNUM.com.

**Policy Provisions/Definitions**

We previously provided you with a copy of your disability policy. The following provisions and definitions are relevant to our decision.

Definition of Total Disability
Definition of Residual Disability
Definition of Your Occupation

To be certain your concerns are addressed, we are forwarding your file to our Appeals Unit for review. Within the next 7 days, you will receive a letter from our Appeals Unit introducing your Appeals Specialist.

If you have any questions, please contact me at 1-888-226-7959, extension 76512.

Sincerely,

*Ryan Waterman*

Ryan Waterman
Lead Benefit Specialist

02875009010802702

Claimant Name: Jeffrey J Sabin    Claim #:  18451825

PRL-CL-IDI-001316

**EXHIBIT 3**