

**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

## ATTENDING PHYSICIAN STATEMENT (PLEASE PRINT)

BE COMPLETED BY PHYSICIAN OR TREATING PROVIDER

Name of Patient (Last Name, Suffix, First Name, MI)
S A B I N   J E F F R E Y   J

Social Security Number
2 7 4 5 6 7 4 0 7

Date of Birth (mm/dd/yy)
06 29 56

Home Telephone Number
303 763 0594   cell

**Instructions:** Please complete, sign and date this form. The purpose of this form is to assist us in making a disability determination. Please complete all questions on this form and provide copies of supporting reports such as office notes, medical records, medication logs, consultations and/or testing. Be sure to sign and date this form in Section F.

### A. Complete this section for normal pregnancy, then go to section C

| Expected Delivery Date (mm/dd/yy): | Actual Delivery Date (mm/dd/yy): | Delivery Type: ☐ Vaginal ☐ C-Section | Date First Unable to Work (mm/dd/yy): | Date Hospitalized (mm/dd/yy): |
|---|---|---|---|---|
| Diagnosis Code | ICD Code: | Height: | Weight: | Blood Pressure: |

### B. Complete this section for all conditions except normal pregnancy

| Date of first visit for this current condition(s) (mm/dd/yy): | Date of last office visit (mm/dd/yy): | Date of next office visit (mm/dd/yy): | Did you advise your patient to stop working? |
|---|---|---|---|
| 04/05/20 | 06/24/20 10/14/2020 | 10/21/2020 | ☒ Yes If yes, effective when? (mm/dd/yy): 7/9/20 ☐ No |

Has the patient been treated for the same/similar condition in the past?   ☒ Yes   ☐ No   ☐ Unknown

If yes, please provide treatment dates (mm/dd/yy):   From 8/14/2019   Through Present

Is the patient's condition work related?   ☐ Yes   ☒ No   ☐ Unknown

Patient's Height: 6'0"
Patient's Weight: 210

Is the patient's condition due to a sickness or accident?   Sickness ☐ Yes ☒ No   Accident ☐ Yes ☒ No

What is the primary diagnosis that may impact your patient's functional capacity?
Primary open angle glaucoma, B. lateral   moderate – severe stage OD   moderat stage OS

ICD Code:
H40.1132

Please provide data which supports current DSM Diagnoses
pts vision has decreased making performing some tasks difficult. * see chart note.

What are the other diagnoses that may impact your patient's functional capacity?   ☐ NA

Secondary Diagnosis: Multiple Sclerosis
ICD Code: ICD-10; G35   ICD-9; 340

Secondary Diagnosis:
ICD Code:

Has the patient been hospitalized?   ☐ Yes   ☒ No   If yes, date hospitalized (mm/dd/yy):   through (mm/dd/yy):

Was surgery performed?   ☒ Yes   ☐ No   If yes, what procedure was performed?   CPT Code:   Date Surgery Performed (mm/dd/yy):
7/9/2020 – Ahmed valve OS – 66180   7/22 – Ahmed valve OD – 66180
7/12 – AC reformation OS – 66170
7/16 – Tube revision/exchange OS – 66185

CL-1020 (08/17)                     12

Page 2 of 17 (C)   Claimant Name: Jeffrey J Sabin   Claim #: 18451825
Fax to 2878234 (NAV_WORC_H_VM 1) at 10/28/2020 8:03:38 from (unavailable) Reg to 20201028180500292E.

PRL-CL-IDI-000028

**EXHIBIT 4**



**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

| ATTENDING PHYSICIAN STATEMENT (Continued) |
|---|

Patient's Name: S A B I N   J E F F R E Y   J

Date of Birth (mm/dd/yy): 06 29 56

## C. Functional Capacity

If your patient *does not* have physical and/or behavioral health RESTRICTIONS (activities patient should not do) and/or LIMITATIONS (activities patient cannot do), please initial here _____ and go to *SECTION D.*

**Please note:** When considering a standard 8 hour workday with breaks (approximately every two hours) please quantify terms that may not be uniformly understood such as "prolonged", "repetitive", "light-duty", "heavy lifting", or "stressful situations". In addition, never means not at all, occasional means more than never but less than 33% of the time; frequent means 34-66% of the time, and constant means 67-100% of the time.

### Physical Restrictions

If your patient has CURRENT PHYSICAL RESTRICTIONS (activities patient should not do) list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

Utilizing fine suture, Fine forceps? pickups, photophobia, Judging depth perception
✓ periph. vision our.

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): 4/5/2020  To (mm/dd/yy): Unknown

### Physical Limitations

If your patient has CURRENT PHYSICAL LIMITATIONS (activities patient cannot do) list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

Manipulation Spinal nerves, repairing durotomies

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): 4/5/2020  To (mm/dd/yy): unknown

### Behavioral Health Restrictions

If your patient has CURRENT BEHAVIORAL HEALTH RESTRICTIONS (activities patient should not do) please list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

N/A

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): _____ To (mm/dd/yy). _____

### Behavioral Health Limitations

If your patient has CURRENT BEHAVIORAL HEALTH LIMITATIONS (activities patient cannot do) please list below. Please be specific and understand that a reply of "no work" or "totally disabled" will not enable us to evaluate your patient's claim for benefits and may result in us having to contact you for clarification.

N/A

Please provide the duration of these restrictions and limitations. From (mm/dd/yy): _____ To (mm/dd/yy): _____

CL-1020 (08/17)                                        13

p.3                                                                    Oct 28 20, 10:05p

Fax to 287823A (NAV_WORC_FR_MLT-1) at 10/28/2020 18:03:38 from (available) Req ID 20201028181050502925

Page 3 of 17 (C)                Claimant Name: Jeffrey J Sabin      Claim #: 18451825

PRL-CL-IDI-000029

**EXHIBIT 4**



**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

---

**ATTENDING PHYSICIAN STATEMENT (Continued)**

Patient's Name: SABIN JEFFREY J

Date of Birth (mm/dd/yy): 06 29 56

What diagnostic or clinical findings support your patient's restrictions and/or limitations as noted above?

H40.1132   * see chart note

What is your treatment plan? Please include all medications.

Follow up care, Cataract Sx in future
Cosopt BID OD, QAm OS

**D. Prognosis**

Do you expect improvement in the patient's functional abilities?   ☐ Yes   ☒ No

If yes, when do you expect improvement (mm/dd/yy)?

**E. Other Treating Providers, Facilities, Hospitals or Recent Referrals**

Please provide complete name, contact information and specialty of any other treating physicians, facilities or hospitals.

| Name | Specialty | Address |
|------|-----------|---------|
| Dr Todd Maus | ophthalmology | 13772 Denver W. Pky Bld SS Suite 100 Lakewood, Co 8440 |
| Dr. Siamac Esfandia | Neurology | 11250 w 2nd Place, Ste 255, Lakewood, CO 80228 |
| | | |
| | | |

FRAUD NOTICE: Any person who knowingly files a statement of claim containing false or misleading information is subject to criminal and civil penalties. This includes Attending Physician portions of the claim form.

**F. Signature of Attending Physician**

The above statements are true and complete to the best of my knowledge and belief.

Physician Name (Last Name, First Name, MI, Suffix) Please Print

Maus, Todd L

Medical Specialty: Ophthalmology

Degree: MD

Address: 13772 Denver west Pky Bld SS Suite 100

City: Lakewood

State: CO

Zip: 80401

Telephone Number: 303-279-6600

Fax Number: 303·279·9140

Physician's Tax ID Number: 84-0611079

Are you related to this patient?   ☐ Yes   ☒ No
If yes, what is the relationship?

Signature of Physician

Date: 10/21/2020

CL-1020 (08/17)                                    14

p.4                                    Oct 28 20, 10:05p

Fax to 2828234 (NAV WORC FRVAT-1) at 10/28/2020 18:03:38 from (Unavailable) Req'D 20201028181050029ZE.

PRL-CL-IDI-000030

**EXHIBIT 4**