EXHIBIT

23



**Precision Orthopedics**

255 Union Boulevard
Suite 360
Lakewood, CO 80228-1859

Jeffrey J. Sabin, MD
Tom Menshenfriend, PA-C
Phone: (303) 963-4300
Fax:    (303) 963-4301

February 15, 2021

Dear Valued Patient,

I regret to inform you that effective 05/31/21, I will no longer be seeing patients in the office for medical or surgical treatment/evaluations.  I have had to discontinue performing surgery because of some recent vision issues and subsequent eye surgeries.  As such, my vision is not of the quality needed for me to have the ability to perform the surgeries that my patients may need.  I will therefore be limiting my practice to a consultation type practice involving medical–legal issues.  This was a difficult pill for me to swallow as I have found it to be an honor and a privilege to take care of you over the last 33 years and it brought me much joy.  I will miss you.

I want to make sure that you have the continued quality orthopedic care you may need and desire.  I will do all I can to help with this.  You are invited to pick up a copy of your paper records and your actual x-rays to take to another orthopedic surgeon of your choice.  I would ask that you call to make an appointment to do so, and this is so that the records will be ready for you.  You may pick up these records starting any time.  The office hours are 9 AM–4 PM Monday through Friday. Our office will be securely/confidentially destroying the records starting in September 2021.

If you do not have another orthopedic surgeon of choice, we would recommend the orthopedic groups located closest to our office.  That would be Panorama Orthopedics, 303-233-1223, located in Golden, Colorado and Cornerstone Orthopedics, 303-665-2603, located in Wheat Ridge, Colorado.

I sincerely express my best wishes to you all going forward and sincerely appreciate your confidence and trust in me over the years.

 May God Bless.

Sincerely,

Dr. Jeffrey J. Sabin

JS 0131
**EXHIBIT 5**