

```
┌─────────────────────┐
│      EXHIBIT         │
│                     │
│        25           │
│      _____         │
└─────────────────────┘
```

**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

## INDIVIDUAL STATEMENT (PLEASE PRINT)

### A. Information About You

**Last Name:** SABIN    **Suffix:**    **First Name:** JEFFREY    **MI:** J

**Date of Birth (mm/dd/yy):** 06 89 56    **Social Security Number:** 274 56 7407    **Gender:** ☒ Male ☐ Female    **Policy Number:** 0102663943

**Home Address:** 7 White Fir Ct

**City:** Littleton    **State:** CO    **Zip:** 80127-

**Home Telephone Number:** 303 979 1227    **Cellular Telephone Number:** 303 263 3052

**The state in which you work:** CO    **Preferred e-mail address (for confirmation purposes only):** JEFFSABIN56@gmail.com

**Employer Name:** Precision Orthopedics

**Employer Address:** 255 Union Blvd Lakewood Colorado 80228    **Employer Telephone Number:** 303 963 8300

**Language Preference:** ☒ English ☐ Spanish

Please check all types of coverage you have with Unum.

0102663947303

☐ Short Term Disability   Policy #: _____    ☒ Long Term Disability   Policy #: _____    ☐ Life Insurance   Policy #: _____

### B. Information About Your Disability Date

**Date you are claiming your disability began (mm/dd/yy):** 7/9/20    **Date last worked (mm/dd/yy):** 7/6/20    **Number of hours worked on date last worked:** 8 hours

### C. Information About the Condition(s) Causing Your Disability

**1. For sickness, answer the following questions then go to #4:**

**What is the name of your medical condition?** Glaucoma

**What were your first symptoms?** 4/5/20 ; Redness, Pain, ↓ Vision

**When did you first notice the symptoms?** 4/5/20    **Date your illness began (mm/dd/yy):** 4/5/20    **Date you were first treated (mm/dd/yy):** 4/5/20

**2. For an injury/accident, answer the following questions then go to #4:**

**What is the name of your medical condition?**    **Date the injury/accident occurred (mm/dd/yy):**

**Where and how did the injury/accident occur?**

**What are the symptoms related to your injury/accident?**    **When did you first notice the symptoms?**

**Date you were first treated (mm/dd/yy):**    **If related to a motor vehicle accident, was an accident report filed?** ☐ Yes ☐ No   If yes, in what state was the report filed?

CL-1020 (08/17)    4

p.5
Page 5 of 16 (C)
Fax to 287234 (NAV WORC, PRSM) Req'd to (able (unavailable) from (28/2020/19:58:33) to (10/28/2020/20:04) 20/0282807045292
Claimant Name: Jeffrey J Sabin    Claim #: 18451825
Oct 29 20, 12:00a

PRL-CL-IDI-000049

**EXHIBIT 7**

 **unum**

**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

**INDIVIDUAL STATEMENT (Continued)** Please print your name and date of birth below for identification purposes

Individual's Name (Last Name, Suffix, First Name, MI)

S A B I N   J E F F R E Y   J

Date of Birth (mm/dd/yy)

06 28 56

**3. For pregnancy, answer the following questions then go to Section D:**

What is your expected delivery date? (mm/dd/yy)

Were there any complications causing you to stop work prior to your expected delivery date?   ☐ Yes   ☐ No   |  If yes, please explain:

Have you already delivered?   ☐ Yes   ☐ No  |  If yes, what type of delivery?   ☐ Vaginal   ☐ C-Section  |  If yes, date of delivery (mm/dd/yy):

**4. For all medical conditions except pregnancy, answer the following questions:**

Is your condition related to your occupation?   ☐ Yes   ☒ No   |  If yes, please explain how:

Have you filed a Workers' Compensation claim?   ☐ Yes   ☒ No   |  If no, do you intend to file a Workers' Compensation Claim?   ☐ Yes   ☒ No

Name of Workers' Compensation Carrier:                                            | Telephone Number:

**D. Information About Your Day-to-Day Activities**

Please describe your current activities (for example, household chores, reading, computer use, driving, caring for family members/children, etc.):

*Physician: examining patients, charting on computer.*

Please describe your current activities before your disability began:

*Surgeon: examining patients, charting on computer, Doing injections, performing spine surgery, hip & knee replacement surgery, Arthroscopic surgery*

Does your current condition prevent you from caring for yourself?   ☐ Yes   ☒ No
Does someone provide you with assistance in your daily activities?   ☐ Yes   ☒ No
Do you use an assistive device(s) such as a cane, walker, hearing aid, etc.?   ☐ Yes   ☒ No
If you answered yes to any of these questions, please provide details:

**E. Information About Your Return to Work**

Have you returned to work?   ☒ Yes   ☐ No

If yes, in your previous occupation?   ☒ Yes   ☐ No
If no, when do you expect to return? (mm/dd/yy)

If yes, please indicate the date:
Part-Time (mm/dd/yy):           Full-Time (mm/dd/yy): 7/27/20   Hours Per Week: 40

What is your monthly income before taxes? $ 50,000

What duties of your occupation are you able to perform and how long are you able to perform them?

*Office practice examining patients, diagnosing & recommending treatment. Can do some injections*

What duties of your occupation are you unable to perform?

*Surgery on the spine, hip, knee (really any surgery) Some injections*

**F. Information About Your Family**

Marital Status:   ☐ Single   ☒ Married   ☐ Widowed   ☐ Divorced   ☐ Domestic Partner   ☐ Separated

Spouse/Partner's Name

*Michelle*

Spouse/Partner's Date of Birth (mm/dd/yy)

7/4/59

Is he/she employed?   ☒ Yes   ☐ No

CL-1020 (08/17)                                                5

p.6

Oct 29 20, 12:01a

Page 6 of 16 (C)    Fax to 2872834 (NAV WORC PROMT) at 38/28/2020 19:58:37 from (Unavailable) Reg ID 2020/0829/0048829?

Claimant Name: Jeffrey J Sabin    Claim #: 18451825

PRL-CL-IDI-000050

**EXHIBIT 7**



**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

**INDIVIDUAL STATEMENT (Continued)** Please print your name and date of birth below for identification purposes

Individual's Name (Last Name, Suffix, First Name, MI)

| S | A | B | I | N | | J | E | F | F | R | E | Y | J | | | | | | | | |

Date of Birth (mm/dd/yy): 06 28 56

**G. Information About Other Disability Income.** This information is important to ensure the accuracy of your disability benefit calculation.

You may be receiving income from other sources that could impact your benefit from Unum. Please indicate what other income benefits you are eligible to receive or are receiving as a result of your disability.   N/A

| Source of Income: | Name of Insurance Carrier (if applicable) | Policy or ID No. | Benefit Amount Weekly/Monthly | Date claim was filed | Date payments began | Date payments ended |
|---|---|---|---|---|---|---|
| Other Disability Insurance | | | | | | |
| Social Security/Disability | | | | | | |
| Social Security/Other | | | | | | |
| Unemployment | | | | | | |
| Workers' Compensation | | | | | | |
| State Disability Plan (CA, HI, NJ, NY, PR, RI) | | | | | | |

**H. Information About Physicians, Hospitals and Medications**

Please provide the following information about all your current medical treatment providers (physicians, hospitals, physical therapists, etc.). If you are being treated by more than three, please share the following information for each provider on a separate sheet of paper and include it with this form.

1. Provider Name: Todd Maus MD
Specialty: Opthamology
Date of Last Visit (mm/dd/yy): 10/14/20
Mailing Address: 13772 Denver West Pky Bld 55, Suite 100
City: Lakewood   State: CO   Zip: 80401
Date of Next Visit for this Condition (mm/dd/yy): 11/11/20
Telephone No.: (303) 279 6600
Fax No.: (303) 279 9140

2. Provider Name: Gerald Brown
Specialty: Internal Medicine
Date of Last Visit (mm/dd/yy): 11/27?
Mailing Address: 6169 S. Balsam Way
City: Littleton   State: CO   Zip: 80123
Date of Next Visit for this Condition (mm/dd/yy): 11/10/20
Telephone No.: (303) 933 8340
Fax No.: (303) 948 8204

3. Provider Name: Siamac Estfail
Specialty: Neurology
Date of Last Visit (mm/dd/yy): 11/7/20
Mailing Address: 11750 W 2nd Place #255
City: Lakewood   State: CO   Zip: 80228
Date of Next Visit for this Condition (mm/dd/yy): 10/6/21
Telephone No.: 720 321 8148
Fax No.: 720 321 8041

Please list any hospital emergency room visits/admissions you have had in the last 12 months. If you have had more than two, provide the following information for each emergency room visit/admission on a separate sheet of paper and include it with this form.

| Hospital/Facility Name | Address | Date of Visit/Admission (mm/dd/yy) |
|---|---|---|
| | City    State    Zip | Date of Discharge (mm/dd/yy) |
| Procedure | | |
| Hospital/Facility Name | Address | Date of Visit/Admission (mm/dd/yy) |
| | City    State    Zip | Date of Discharge (mm/dd/yy) |
| Procedure | | |

CI-1020 (08/17)

6

p.7

Oct 29 20, 12:02a

Fax to 2828234 (NAV_WORC...) ...19:58:37 from (Unavailable) Reg To 202010262807484829E

Page 7 of 16 (C)

Claimant Name: Jeffrey J Sabin    Claim #: 18451825

PRL-CL-IDI-000051

**EXHIBIT 7**



**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

---

**INDIVIDUAL STATEMENT (Continued)**

Employee/Individual's Name (Last Name, Suffix, First Name, MI)

| S | A | B | I | N | | J | E | F | F | R | E | Y | J | | | | | | | | | |

Date of Birth (mm/dd/yy)   0 6 | 2 9 | 5 6

Please list all current medications. If you are taking more than five, provide this information for each prescription on a separate sheet of paper and include it with this form.

| Prescription Name | Dosage | Prescribing Physician | Pharmacy Name |
|---|---|---|---|
| 1. Synthroid | 100mg | Dr. Gerald Brown | Safeway |
| 2. Lisinopil | 10mg | Dr. Gerald Brown | Safeway |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**Fraud Warning:** For your protection, Arizona law requires the following to appear on this claim form:

Any person who knowingly and with the intent to injure, defraud or deceive an insurance company presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

---

**Fraud Warning:** For your protection, New York law requires the following to appear on this claim form:

Any person who knowingly and with the intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

---

**I. Signature of Employee/Individual**

I have read and understand the fraud notices listed above and on pages 2 and 3 of this form. I also acknowledge that should my claim be overpaid for any reason it is my obligation to repay any such overpayment. The above statements are true and complete to the best of my knowledge and belief. **(Your signature is required for benefit consideration.)**

X _____    10/28/20
Signature                              Date

**Reminder:** Please sign and date the Authorization (last page of this claim form).

CL-1020 (08/17)                                       7

Page 8 of 16 (C)    Claimant Name: Jeffrey J Sabin    Claim #: 18451825    Fax to 282234 (NAV WORC FRONT (-) at 10/28/2019:58:37 from (Unavailable) Red to E020:10282207044892E.

PRL-CL-IDI-000052

**EXHIBIT 7**