

DENVER
EYE
SURGEONS

Complete Eye Care~ Cataract Surgery ~ LASIK Vision Correction ~ On-site Surgery Center

PATIENT:                       Jeffrey Sabin
DATE OF BIRTH:                 06/29/1956
DATE:                          08/14/2019 4:20 PM
PROVIDER:                      Todd Maus
DOCUMENT TYPE:                 Ophthalmology Chart Note

## OPHTHALMOLOGY IMPRESSION/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Impression | Primary open-angle glaucoma, bilateral, moderate stage |
| | Plan | Good IOP today. Discussed glaucoma in detail. Discussed that glaucoma damage is irreversible. Reviewed OCT today. Reviewed prior VF from 7/17/19 which showed sup arc OD and nasal defect OS. Discussed treatment options for IOP reduction including gtts, laser, and/or surgery if IOP elevates or if there is progression on VF. Will plan on repeating VF next visit. <br><br> Cont Latanoprost QHS OU <br> Cont Timolol QAM OU <br><br> *Referred by Elizabeth Xavier OD-pt wishes to transfer care here |
| 2. | Impression | Other age-related incipient cataract, left eye |
| | Plan | No treatment currently recommended. The patient will monitor vision changes and contact us with any decrease in vision. |

## FOLLOW UP

| Followup |
|---|
| IOP/VF in 4 mos with TM |

## CHIEF COMPLAINT AND HPI

**Chief Complaint 1:** The 63 Year old male presents for evaluation of glaucoma in the right eye and left eye. Diagnosed with glaucoma about 1 1/2 years ago. Patient was taking medrol dose pack at time of diagnosis. Vision has been stable OU over the last 2 years. Denies any discomfort.
**Chief Complaint 2:** Ocular HX:
Denies Family HX of glaucoma
Denies any trauma or previous eye surgeries.
Highest IOP- 20's per pt.
Last IOP 14/12 on 7/17/19
He has been using same drops since he was diagnosed 1 1/2 years ago.
Latanoprost QHS OU
Timolol QAM OU
**Chief Complaint 3:** Patient referred by Elizabeth Xavier, OD.

**Provider reviewed, discussed with the patient, and updated the HPI as applicable. Historian: Todd Maus**

Sabin, Jeffrey J. 000000053990 06/29/1956 08/14/2019 04:20 PM Page: 1/6

MR DES 0006

**EXHIBIT 8**



**DENVER
EYE
SURGEONS**

Complete Eye Care~ Cataract Surgery ~ LASIK Vision Correction ~ On-site Surgery Center

| | |
|---|---|
| PATIENT: | Jeffrey Sabin Dr |
| DATE OF BIRTH: | 06/29/1956 |
| DATE: | 05/26/2021 7:40 AM |
| PROVIDER: | Todd Maus |
| DOCUMENT TYPE: | Ophthalmology Chart Note |

## OPHTHALMOLOGY IMPRESSION/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Impression | Primary open-angle glaucoma, bilateral, moderate stage<br>Moderate-Severe OD, Moderate OS<br>S/P Ahmed ClearPath OD 7/22/2020<br>S/P Tube Revision/Exchange OS 7/16/2020<br>S/P Reforming of the AC OS 7/13/2020<br>S/P Ahmed ClearPath OS 7/9/2020<br>+Steroid Responder |
| | Plan | IOP good today OU. Continue current gtt and monitor. If IOP elevates above 20, consider CPC Diode.<br><br>Continue: Timolol QAM OU<br><br>h/o Latanoprost OU QHS, Diamox 500 mg PO QD, Timolol BID, Cosopt BID<br>h/o Atropine |

## RETURN VISIT

| Followup |
|---|
| RTC in 5 months CEE/HVF/OCT ON |

## CHIEF COMPLAINT AND HPI

**Chief Complaint 1:** The 64 Year old male presents for pressure check in the right eye and left eye. No changes in vision since last visit. Glasses do not seem to be working. Seems foggier than not wearing glasses. Shadowing is still present. Clears and comes back, worse in the morning. Will close OD to see clearly.  Denies any ocular pain.
**Chief Complaint 2:** The patient complaints of Haziness in vision in the right eye and left eye. Haziness is about the same. Sometimes when driving, for a short time, things will clear up, then gradually go back to haziness again.
**Chief Complaint 3:** Gtts:
Timolol QAM OU

Would like to get another refill prior to Medicare switch soon.

**Provider reviewed, discussed with the patient, and updated the HPI as applicable. Historian: Todd Maus**

## HISTORY

Sabin Dr, Jeffrey J. 000000053990 06/29/1956 05/26/2021 07:40 AM Page: 1/8

**EXHIBIT 8**



**DENVER
EYE
SURGEONS**

Complete Eye Care~ Cataract Surgery ~ LASIK Vision Correction ~ On-site Surgery Center

| | |
|---|---|
| PATIENT: | Jeffrey Sabin Dr |
| DATE OF BIRTH: | 06/29/1956 |
| DATE: | 11/01/2021 10:10 AM |
| PROVIDER: | Todd Maus |
| DOCUMENT TYPE: | Ophthalmology Chart Note |

### OPHTHALMOLOGY IMPRESSION/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Impression | Primary open-angle glaucoma, bilateral, moderate stage<br>Moderate-Severe OD, Moderate OS<br>S/P Ahmed ClearPath OD 7/22/2020<br>S/P Tube Revision/Exchange OS 7/16/2020<br>S/P Reforming of the AC OS 7/13/2020<br>S/P Ahmed ClearPath OS 7/9/2020<br>+Steroid Responder |
| | Plan | Reviewed HVF/OCT today, stable OU. IOP good today OU. Continue current gtt and monitor. If IOP elevates above 20, consider CPC Diode.<br><br>Continue: Timolol QAM OU<br><br>h/o Latanoprost OU QHS, Diamox 500 mg PO QD, Timolol BID, Cosopt BID<br>h/o Atropine |
| 2. | Impression | Peripheral opacity of cornea of right eye<br>Nasal K scar OD: appears stable |
| | Plan | Discussed with patient, may limit BCVA OD but pt is still correctable to 20/20. Offered for pt to have 2nd opinion with Dr. Kumar to see if/when he would consider tx. PKP not recommended at this time. |
| 3. | Impression | Diplopia |
| | Plan | Rediscussed with patient. If diplopia becomes more persistent/bothersome, may be able to consider prisms or referral to CO Center for Eye Alignment. |
| 4. | Impression | Presbyopia |
| | Plan | New glasses Rx was given today. |

### RETURN VISIT

| Followup |
|---|
| RTC in 6 months IOP check w/ Dr. TM |

### CHIEF COMPLAINT AND HPI

**Chief Complaint 1:** The 65 Year old male presents for glaucoma in the right eye and left eye. Pt complains of foggy vision OS>OD. No Pain, flashes. He does notice floaters (small and float away) and double vision (shadowing) when he looks

Sabin Dr, Jeffrey  J.  000000053990 06/29/1956 11/01/2021 10:10 AM Page: 1/8

MR DES 0317

**EXHIBIT 8**



**DENVER EYE SURGEONS**

Complete Eye Care~ Cataract Surgery ~ LASIK Vision Correction ~ On-site Surgery Center

PATIENT:              Jeffrey Sabin
DATE OF BIRTH:        06/29/1956
DATE:                 07/19/2022 8:00 AM
PROVIDER:             Todd Maus
DOCUMENT TYPE:        Ophthalmology Chart Note

## OPHTHALMOLOGY IMPRESSION/PLAN

| # | Detail Type | Description |
|---|---|---|
| 1. | Impression | Primary open-angle glaucoma, bilateral, moderate stage<br>Moderate-Severe OD, Moderate OS<br>S/P Ahmed ClearPath OD 7/22/2020<br>S/P Tube Revision/Exchange OS 7/16/2020<br>S/P Reforming of the AC OS 7/13/2020<br>S/P Ahmed ClearPath OS 7/9/2020<br>+Steroid Responder |
|  | Plan | IOP good today OU. Continue current gtt and monitor. If IOP elevates above 20, consider CPC Diode.<br><br>Continue: Timolol QAM OU<br><br>h/o Latanoprost OU QHS, Diamox 500 mg PO QD, Timolol BID, Cosopt BID<br>h/o Atropine |
|  |  |  |

## RETURN VISIT

| Followup |
|---|
| RTC in 4 months CEE/HVF/OCT ON w/ Dr. TM |

## CHIEF COMPLAINT AND HPI

**Chief Complaint 1:** The 66 Year old male presents for a 6 month evaluation of IOP in the right eye and left eye.
**Chief Complaint 2:** Timolol OU QAM

Provider reviewed, discussed with the patient, and updated the HPI as applicable. Historian: Todd Maus

## PAST OCULAR HISTORY

| Category | Ocular Disease | Eye | Year Dx | Procedure | Eye | Surgeon | Year Px |
|---|---|---|---|---|---|---|---|
| Glaucoma | Open angle glaucoma | OU | | | | | |
| Retina | Macular scar | OD | | | | | |
| | | | | Ahmed valve clear path | OS | Maus, Todd L | 2020 |
| | | | | Tube Revision/Exchange | OS | Maus, Todd L | 2020 |

Sabin, Jeffrey J. 00000053990 06/29/1956 07/19/2022 08:00 AM Page: 1/6

**EXHIBIT 8**



**DENVER EYE SURGEONS**

Complete Eye Care~ Cataract Surgery ~ LASIK Vision Correction ~ On-site Surgery Center

| | |
|---|---|
| PATIENT: | Jeffrey Sabin |
| DATE OF BIRTH: | 06/29/1956 |
| DATE: | 10/24/2022 4:00 PM |
| PROVIDER: | Todd Maus |
| DOCUMENT TYPE: | Ophthalmology Chart Note |

**OPHTHALMOLOGY IMPRESSION/PLAN**

| # | Detail Type | Description |
|---|---|---|
| 1. | Impression | Primary open-angle glaucoma, bilateral, moderate stage<br>Moderate-Severe OD, Moderate OS<br>S/P Ahmed ClearPath OD 7/22/2020<br>S/P Tube Revision/Exchange OS 7/16/2020<br>S/P Reforming of the AC OS 7/13/2020<br>S/P Ahmed ClearPath OS 7/9/2020<br>+Steroid Responder |
| | Plan | IOP good today OU. Continue current gtt and monitor. Reviewed HVF/OCT ON; appear stable OU. If IOP elevates above 20, consider CPC Diode.<br><br>Continue: Timolol QAM OU<br><br>h/o Latanoprost OU QHS, Diamox 500 mg PO QD, Timolol BID, Cosopt BID<br>h/o Atropine |
| 2. | Impression | Other secondary cataract, left eye |
| | Plan | Discussed YAG laser for Posterior Capsular Opacity. Follow for now. Revaluate in a few months given decreased BCVA OS today. |
| 3. | Impression | Puckering of macula, right eye |
| | Plan | Reviewed OCT mac. Discussed findings w/ pt. Continue to monitor. |
| 4. | Impression | Peripheral opacity of cornea of right eye<br>Nasal K scar OD: appears stable |
| | Plan | Discussed with patient. Previously offered for pt to have 2nd opinion with Dr. Kumar to see if/when he would consider tx. PKP not recommended at this time. |
| 5. | Impression | Drusen (degenerative) of macula, right eye |
| | Plan | At this point, UV protective sunglasses and a good nutritional diet with vegetables are recommended. ARMD specific vitamins are optional. |
| 6. | Impression | Diplopia |
| | Plan | If diplopia becomes more persistent/bothersome, may be able to consider prisms or referral to CO Center for Eye Alignment. |

Sabin, Jeffrey  J.  000000053990 06/29/1956 10/24/2022 04:00 PM Page: 1/8

MR DES 0350

**EXHIBIT 8**



**DENVER
EYE
SURGEONS**

Complete Eye Care~ Cataract Surgery ~ LASIK Vision Correction ~ On-site Surgery Center

PATIENT: Jeffrey Sabin
DATE OF BIRTH: 06/29/1956
DATE: 12/19/2022 2:30 PM
PROVIDER: Todd Maus
DOCUMENT TYPE: Ophthalmology Chart Note

**OPHTHALMOLOGY IMPRESSION/PLAN**

| # | Detail Type | Description |
|---|---|---|
| 1. | Assessment | Primary open-angle glaucoma, bilateral, moderate stage (H40.1132). |
| | Impression | Primary open-angle glaucoma, bilateral, moderate stage<br>Moderate-Severe OD, Moderate OS<br>S/P Ahmed ClearPath OD 7/22/2020<br>S/P Tube Revision/Exchange OS 7/16/2020<br>S/P Reforming of the AC OS 7/13/2020<br>S/P Ahmed ClearPath OS 7/9/2020<br>+Steroid Responder |
| | Plan | IOP good today OU. Continue current gtt and monitor. If IOP elevates above 20, consider CPC Diode.<br><br>Continue: Timolol QAM OU<br><br>h/o Latanoprost OU QHS, Diamox 500 mg PO QD, Timolol BID, Cosopt BID<br>h/o Atropine |
| | | |
| 2. | Assessment | Puckering of macula, right eye (H35.371). |
| | Impression | Puckering of macula, right eye |
| | Plan | Discussed ERM likely contributing to limited BCVA OD. Continue to monitor. |
| | | |
| 3. | Assessment | Other secondary cataract, left eye (H26.492). |
| | Impression | Other secondary cataract, left eye |
| | Plan | Discussed YAG laser for Posterior Capsular Opacity. Follow for now. |
| | | |
| 4. | Assessment | Presbyopia (H52.4). |
| | Impression | Presbyopia |
| | Plan | New glasses Rx was given today; discussed minimal change. |
| | | |

**RETURN VISIT**

| Diagnosis | Time | Recall |
|---|---|---|
| | | RTC in 4 months IOP w/ Dr. TM |

General
Sabin, Jeffrey J. 000000053990 06/29/1956 12/19/2022 02:30 PM Page: 1/7

MR DES 0372

**EXHIBIT 8**