

DENVER
EYE
SURGEONS

November 24, 2021

To Whom It May Concern

RE: **DR. JEFFREY SABIN**
DOB: 06/29/1956

Complete Eye Care
Retina Services
Cataract Surgery
Laser Vision Correction
On-site Surgery Center

Rajiv Kumar, M.D.
Todd L. Maus, M.D.
Jan H. Stahl, M.D.
Nora Muakkassa, M.D.
Kathy Milano, O.D.
Bryce Brown, O.D.
Kyle Tetrault, O.D.

13772 Denver West Pkwy
Building 55 Suite 100
Lakewood, CO 80401
Tel 303.279.6600
Fax 303.279.9140
www.denvereyesurgeons.com

This is a letter to summarize the more recent ocular history of Dr. Jeffrey Sabin. He was referred to me initially for diagnosis and management of primary open-angle glaucoma in both eyes on 08/14/2019. He had been diagnosed roughly 1-1/2 years previously and my initial findings confirmed controlled primary open-angle glaucoma, graded as moderate. Visual field testing at that time showed visual field defects noted with superior arcuate defect in the right eye and nasal defects consistent with decreased nerve fiber layer analysis on OCT optic nerve imaging. His eye pressures were controlled on 2 glaucoma drops. He was seen subsequently in followup on 12/11/2019 and repeat visual field testing appeared stable along with stable intraocular pressures.

On 04/20/2020, Jeffrey presented with significant conjunctivitis/inflammation in both eyes after returning from a trip to Arizona. This was during the initial outbreak of COVID. Concomitant with his severe conjunctivitis/inflammation, Jeffrey was experiencing blue painful fingertips and nails. He was seen by Dermatology at the same time. Reports were surfacing about "COVID eye and COVID fingers." At the time, it was felt that this was likely a result of COVID virus, but 3 separate tests reportedly were negative for COVID. Regardless, his findings were consistent with a viral infection such as COVID or adenovirus.

Due to his severe conjunctivitis/inflammation, his eye pressures became uncontrolled and exacerbated his glaucoma condition. Despite multiple glaucoma drops and oral Diamox medication (maximum medical therapy), his eye pressures remained uncontrolled, at times over 30 mmHg. For this reason, a glaucoma tube shunt surgery was required to control his eye pressure and prevent further glaucoma damage and possible blindness.

JS 0288

**EXHIBIT 9**



DENVER
EYE
SURGEONS

RE: **DR. JEFFREY SABIN**
DOB: 06/29/1956
Page 2

After 2 to 3 months of trying to control his eye inflammation, an initial Ahmed ClearPath 250 tube shunt was placed on 07/02/2020, left eye. A tube shunt exchange was required on 07/16/2020, followed by an Ahmed ClearPath 250 shunt surgery in the right eye on 07/22/2020.

Subsequently he developed cataracts in both eyes, likely a result of his eye inflammation and glaucoma surgeries. Cataract surgeries were preformed on 11/19/2020 on right eye and 12/0350 on the left eye. An IOL(Introcuar lens) exchange was required on the right eye on 01/19/2021 to correct residual myopia from the prior cataract surgery.

After recovery from surgery his eye pressures have normalized in the low teens on 1 glaucoma drop in both eyes. Unfortunately, his glaucoma damage has advanced and on visual field testing in both eyes worsening was noted in the left more than the right. I feel this was due to his episodic and likely virus associated eye conjunctivitis/inflammation exerbrating his glaucoma condition.

If I may provide any additional information or be of any further assistance, please feel fee to contact me.

Sincerely,

*T. Maus*

Todd Maus, M.D.
Glaucoma Specialist
Denver Eye Surgeons
Phone: 303-279-6600

TM/CCH/3949168

Complete Eye Care
Retina Services
Cataract Surgery
Laser Vision Correction
On-site Surgery Center

Rajiv Kumar, M.D.
Todd L. Maus, M.D.
Jan H. Stahl, M.D.
Nora Muakkassa, M.D.
Kathy Milano, O.D.
Bryce Brown, O.D.
Kyle Tetrault, O.D.

13772 Denver West Pkwy
Building 55 Suite 100
Lakewood, CO 80401
Tel 303.279.6600
Fax 303.279.9140
www.denvereyesurgeons.com

JS 0289

**EXHIBIT 9**