

**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

> **EXHIBIT**
>
> **26**

---

**OCCUPATION DESCRIPTION** Please provide the following information about your occupation.

**A. Information About You**

Individual's Name (Last Name, Suffix, First Name, MI)
S A B I N   J E F F R E Y   J

Date of Birth (mm/dd/yy): 06 09 56

**B. Information About Your Occupation**

Job Title: Orthopedic Surgeon (Spine specialty)

Nature of Business: Spine, hip + knee & general ortho surgery

Years with current employer: 15

Years in Occupation: 32

Annual Income: $675,000

Please advise the name, title, and telephone number of the person we should contact for additional information about your occupational duties.

Name: Bharat Desai    Title: MD    Telephone Number: 303 2331023

Are you currently self-employed? ☒Yes ☐ No   If yes, employer name: Precision Orthopedics   Telephone Number:

Do you work for another employer? ☐ Yes ☒No   If yes, employer name:   Telephone Number:

**C. Information About Premium Funding for the Policy Year of Disability.** The following information will ensure your benefit is taxed appropriately according to Federal and State regulations

Does your employer have any involvement (direct payment, payroll deduction, cafeteria plans, etc.) with the premium payment(s) for your Individual Disability coverage? ☐ Yes ☒No

Are you an owner of the above business? ☒Yes ☐ No

If yes, which tax form do you file:
☐ Form Schedule C
☐ Form 1065 (ownership % ___)
☐ Form 1120 (ownership % ___)
☐ Form 1120S (ownership % ___)

Answers to these questions may impact taxability of benefits received.

List and describe your occupational duties.

Duty: office practice    Hours Spent Each Week:
Description: evaluate patients, do physical exams, diagnose, do injections

Duty: Medical-Legal    Hours Spent Each Week:
Description: Review records, exam patients, write reports

Duty: Surgery    Hours Spent Each Week:
Description: Spine Surgery - decompress; fusions; Cervical/Thoracic/Lumbar for stenosis, deformity, herniated discs etc.
Hip Replacements, knee replacements, Arthroscopic knee surgery

Does your occupation require travel (other than to and from work)? ☐ Yes ☒No  If yes, how many hours do you travel per week?

Do you supervise others? ☒Yes ☐ No  If yes, how many people do you supervise?   one

How has your medical condition impacted your ability to perform these occupational duties?
Yes. Have not been able to do any surgery secondary to severe visual compromise, double vision, inability to focus, inability to have depth perception

CL-1020 (08/17)

6'd   Oct 29 20, 12:03a

Fax to 2876234 (NAV WORC FRM (+)-3 1/0 7/28/2020 9:58:37 H+0 (unavailable) Reg'D 2020102820/084829ZE

Claimant Name: Jeffrey J Sabin    Claim #: 18451825

PRL-CL-IDI-000053

**EXHIBIT 10**



**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

---

**OCCUPATION DESCRIPTION (Continued)** Please print your name and date of birth below for information purposes

Individual's Name (Last Name, Suffix, First Name, MI): S A B I N   J E F F R E Y   J

Date of Birth (mm/dd/yy): 0 6 2 8 5 6

---

**In an 8 hour workday the job requires:**

**Physical Requirements:**

| (% of time performed) | Never | Occasionally (1 - 33%) | Frequently (34 - 66%) | Constantly (67 - 100%) | Item | Weight |
|---|---|---|---|---|---|---|
| Sitting | ☐ | ☐ | ☑ | ☐ | | |
| Standing | ☐ | ☐ | ☑ | ☐ | | |
| Walking | ☐ | ☐ | ☑ | ☐ | | |
| Climbing | ☑ | ☐ | ☐ | ☐ | ___ | ___ |
| Balancing | ☑ | ☐ | ☐ | ☐ | ___ | ___ |
| Bending/Stooping | ☑ | ☐ | ☐ | ☐ | ___ | ___ |
| Kneeling | ☑ | ☐ | ☐ | ☐ | ___ | ___ |
| Squatting/Crouching | ☑ | ☐ | ☐ | ☐ | ___ | ___ |
| Crawling | ☑ | ☐ | ☐ | ☐ | ___ | ___ |
| Reaching | ☐ | ☑ | ☐ | ☐ | in surgery | ___ |
| Using Foot Controls | ☐ | ☑ | ☐ | ☐ | in surgery | ___ |
| Twisting | ☐ | ☑ | ☐ | ☐ | ___ | ___ |
| Carrying | ☑ | ☐ | ☐ | ☐ | ___ | ___ |
| Pushing/Pulling | ☑ | ☐ | ☐ | ☐ | lift patients | ___ |
| Lifting | ☐ | ☑ | ☐ | ☐ | to OR table | ___ |
| Hand Use -Simple Grasping | ☐ | ☐ Right ☐ Left | ☐ Right ☐ Left | ☑ Right ☑ Left | | |
| Hand Use -Fine Manipulation | ☐ | ☐ Right ☐ Left | ☐ Right ☐ Left | ☑ Right ☑ Left | | |
| Hand Use- Repetitive Motion | ☐ | ☐ Right ☐ Left | ☐ Right ☐ Left | ☑ Right ☑ Left | | |

Dominant Hand: ☑ Right ☐ Left

Are there any other physical requirements of your occupation that you are unable to do as a result of your medical condition? ☑ Yes ☐ No
If yes, please explain: Do not have visual acuity to do any surgery. Have inability to focus, double vision, no deep perception

Does your occupation require the performance of repetitive tasks? ☑ Yes ☐ No If yes, please describe: Surgical spinal decompression using hand tools / insertion of spinal pedicle screws

Cognitive Requirements: Does the job require (check all that apply):
☑ working under emergency, critical or dangerous situations.
☑ meeting deadlines.
☑ attention to detail.
☑ day-to-day contact with others (co-workers and/or the public).
☑ making independent decisions.

Are there any other cognitive requirements of your occupation that you are unable to do as a result of your medical condition? ☐ Yes ☑ No
If yes, please explain:

Equipment: Describe all equipment used to perform your occupation: (rongeurs, cobb elevators, scapels ek), mallet, saws Power surgical equipment, hand tools

Environmental Conditions: Please check the amount of time you are exposed to the following elements:

| | Never | Occasionally (1 - 33%) | Frequently (34 - 66%) | Constantly (67 - 100%) | |
|---|---|---|---|---|---|
| Heat | ☑ | ☐ | ☐ | ☐ | Temperature: ___ |
| Cold | ☑ | ☐ | ☐ | ☐ | Temperature: ___ |
| Dust, Fumes, Gases | ☑ | ☐ | ☐ | ☐ | |
| Vibrations | ☐ | ☑ | ☐ | ☐ | Description: Power tools in |
| Any Other | ☑ | ☐ | ☐ | ☐ | surgery |

Noise Intensity: ☐ Quiet ☐ Moderate ☐ Loud

---

CL-1020 (08/17)

9

Oct 29 20, 12:03a

Fax to 2878234 (NAV WORC FROM 1) at 10/28/2020/9:56:37 from (Unavailable) Red ID 20201028x00/01458292E.

Claimant Name: Jeffrey J Sabin     Claim #: 18451825

Page 10 of 16 (C)

PRL-CL-IDI-000054

**EXHIBIT 10**



**INDIVIDUAL DISABILITY CLAIM FORM**
The Benefits Center
P.O. Box 100262, Columbia, SC 29202-3262
Toll-free: 1-888-226-7959   Fax: 1-866-562-4794
Call toll-free Monday through Friday, 8 a.m. to 8 p.m. (Eastern Time).

---

**OCCUPATION DESCRIPTION (Continued)** Please print your name and date of birth below for information purposes

Individual's Name (Last Name, Suffix, First Name, MI)

| S | A | B | I | N | | J | E | F | F | R | E | Y | J | | | | | | | | | | |

Date of Birth (mm/dd/yy)

| | | | | | |

**D. Information About Your Previous Work Experience**

Please list any previous employment including any other positions held with your current employer.

| Occupational Title | Employer Name | Dates Employed |
|---|---|---|
| Orthopedic Surgeon | Colorado Orthopedic Clinic | 1990 - 2005 |
| | | |
| | | |
| | | |

**E. Information About Your Education and Licenses**

Please check highest level of education completed.

☑ Post Graduate – Years completed _Med School 1983_

☐ College – Years completed _____

☐ Trade/Vocational School – Years completed _____

☐ GED – Date received _____

☐ High School – Years completed _____

Please list all degrees, diplomas, certificates and licenses obtained. License holders should indicate the states of licensure and the expiration date of the licenses.

| Degrees, diplomas, certificates and licenses. | State of Licensure | Expiration Date of License |
|---|---|---|
| Doctorate Medical 1983 | | |
| State of Colorado Medical License | CO | 1991 - present |
| Board Certified American Board Orthopedic Surgery | | 2022 |
| | | |

**F. Signature of Individual**

The above statements are true and complete to the best of my knowledge and belief.

X _(signature)_                               10/28/20

Signature                                      Date

CL-1020 (08/17)

Fax to 2678234 (NAV WORC, FL W.) From (Unavailable) RefID 20201028207018482925
Page 11 of 16 (C)
Claimant Name: Jeffrey J Sabin     Claim #: 18451825

PRL-CL-IDI-000055

**EXHIBIT 10**