EXHIBIT
**4**
30(b)(6) The Paul Revere 06-29-2023



**Precision Orthopedics**

255 Union Boulevard
Suite 360
Lakewood, CO 80228-1859

Jeffrey J. Sabin, MD
Tom Menshenfriend, PA-C
Phone: (303) 963-4300
Fax:    (303) 963-4301

1/10/21

UNUM
The Benefits Center
c/o Ryan Waterman
RWaterman@UNUM.com.

Dear Mr. Waterman,

Thank you so much for taking time out to talk with me on the phone last week. As I expressed to you at that time, I was very surprised by the determination that my primary occupation and duties were not that of an orthopedic surgeon doing surgery. I then realized that the year that was being utilized to determine this information was an aberrant year in that it involved the COVID year whereby we were legally prevented from opening our office doors or from performing elective surgery. This lasted for approximately 2 months and then, of course had lingering effects once we reopened with limited waiting room space secondary to social distancing. I was however able to continue to work at home reviewing medical–legal charts during this time period which allowed me to continue to pay the office rent and keep office staff employed etc.

This aberrant year, 07/10/19–07/09/20, the COVID year, had circumstances which would have significantly affected the breakdown of my normal work duty percentages. As we have submitted to you and as UNUM has correctly stated, the breakdown for the COVID year was: Surgery **30.15%**; office **27.11%**; medical legal **42.74%**. I would ask however, that UNUM consider a more accurate representation of my normal work duties by looking at the 3 consecutive years prior to COVID. Even more previous years could be provided upon request. **This information is also being sent via Excel spreadsheet links, attached.**

**07/10/16–07/09/17**: Surgery **43.71%**; Office **32.82%**; Medical–Legal **23.4% (therefore, surgery/office was 76.53 % medical–legal was 23.4%)**. This was a routine year.

**07/10/17–07/09/18:** Surgery **33.1%**; Office **33.28%**; Medical–Legal **33.61%** (therefore, **surgery/office was 66.38% and medical–legal was 33.61%**). This year was an aberrant year as I had low back fusion surgery in August of 2017 and was out of commission from doing any surgery for approximately 6 weeks. No disability was filed for this. Documentation of this surgery can be provided upon request.

**07/10/18–07/09/19:** Surgery **40.12%**; Office **27.14%**; Medical–Legal **32.74%** (therefore, **surgery/office was 67.26% and medical–legal was 32.74%**). This was a routine year.

---

**07/10/19–07/09/20: COVID year** as noted above showing significant changes in the percentages for reasons as noted above.

**07/09/20–12/31/20 (post disability):** Surgery **0%**; Office **35.05%**; Medical–Legal **64.95%.**

As one can see therefore, normally my performing orthopedic surgery would be over 40% of what I do for my occupation while office (inextricably linked to the ability to do surgery), would normally account for about 30% of my billings/duties/occupation.   Medical–legal, routinely over the years, has never been above one third or so of what I do but certainly came into play more during COVID where there where factors beyond my control affecting ability to do surgery and seeing patients in the office .  Even on the year where I had low back surgery and could not operate for 6 weeks, my duties as an orthopedic surgeon were 2/3 surgery /office and only 1/3 medical legal.

In conclusion, I hope this information is helpful in making a more accurate determination of me qualifying for total disability in my occupation as an orthopedic surgeon, rather than residual disability as has been suggested based off using an aberrant COVID year as the criteria.

As to the further information that you have requested for residual disability purposes (tax returns, monthly profit/loss statements, pay stubs, and contributions to pension and profit sharing program), we are currently awaiting our actuary to provide us some of this information.  I would ask you if this information is still needed once the above information is reviewed.  If so, please let me know.  Also, even with the above provided information, if this needs to go through the "The Appeals Unit ", please let me know and I will proceed in that direction.


Sincerely,


Jeffrey J Sabin MD


Claimant Name: Jeffrey J Sabin     Claim #:  18451825

PRL-CL-IDI-001258
**EXHIBIT 12**

CHARGES
7/09/2020 TO 12/31/2020

| DOS | Description | Units | Total Charge CPTCode | Charge | DxCodes | | |
|---|---|---|---|---|---|---|---|
| | | | | $649,934.51 | | S Total | 0% |
| | | | | $422,100.00 | | M Total | 64.95% |
| | | | | $227,834.51 | | O Total | 35.05% |
| | | | | $649,934.51 | | Grand Total | 100.00% |

Claimant Name:  Jeffrey J Sabin      Claim #:   18451825

**EXHIBIT 12**

Charges
7-10-2016 to 7-09-2017

| DOS | Description | Units | CPTCode | Total Charge Charge |
|-----|-------------|-------|---------|---------------------|
| | | | | $2,822,942.06 |
| | | | | $662,648.33 |
| | | | | $926,461.73 |
| | | | | $1,233,832.00 |
| | | | | $2,822,942.06 |

Claimant Name: Jeffrey J Sabin      Claim #:  18451825

PRL-CL-IDI-001260

**EXHIBIT 12**

**DxCodes**

| TYPE | |
|---|---|
| **M Total** | 23.47% |
| **O Total** | 32.82% |
| **S Total** | 43.71% |
| **Grand Total** | 100.00% |

Claimant Name: Jeffrey J Sabin     Claim #:   18451825

PRL-CL-IDI-001261

**EXHIBIT 12**

CHARGES
07/10/2017 to7/09/2018

| DOS | Description | Units | CPTCode | Total Charge | $2,624,886.72 |
|---|---|---|---|---|---|
| | | | | Charge | |
| | | | | | $882,350.00 |
| | | | | | $873,616.72 |
| | | | | | $868,920.00 |
| | | | | | $2,624,886.72 |

**DxCodes**

| TYPE | |
|---|---|
| **M Total** | 33.61% |
| **O Total** | 33.28% |
| **S Total** | 33.10% |
| **Grand Total** | 100.00% |

CHARGES
07/10/2018 to 7/09/2019

| | | | Total Charge: | $2,909,689.23 | | | |
|---|---|---|---|---|---|---|---|
| DOS | Description | Units | CPTCode | Charge | DxCodes | | |
| | | | | $952,648.00 | | m Total | 32.74% |
| | | | | $789,766.23 | | o Total | 27.14% |
| | | | | $1,167,275.00 | | s Total | 40.12% |
| | | | | $2,909,689.23 | | Grand Total | 100.00% |

Claimant Name:  Jeffrey J Sabin      Claim #:   18451825

PRL-CL-IDI-001264

**EXHIBIT 12**

CHARGES
7/10/2019 TO 7/09/2020

| | | | | Total Charge | $2,230,805.61 | | | |
|---|---|---|---|---|---|---|---|---|
| DOS | Description | Units | CPTCode | Charge | DxCodes | | | |
| | | | | $953,510.00 | | M Total | 42.74% |
| | | | | $604,794.11 | | O Total | 27.11% |
| | | | | $672,501.50 | | S Total | 30.15% |
| | | | | $2,230,805.61 | | Grand Total | 100.00% |

Claimant Name:  Jeffrey J Sabin      Claim #:   18451825

PRL-CL-IDI-001265

**EXHIBIT 12**