Unum
Worcester Benefits Center - Appeals Unit
PO BOX 9548
Portland, ME 04122-5058
Phone: **1-888-226-7959**
Fax: **1-207-575-2354**
www.unum.com



April 27, 2021

KEITH LAPUYADE
EVANS CASE, LLP
1660 S ALBION STREET STE 1100
DENVER, CO 80222

RE:　Sabin, Jeffrey J
　　　Claim Number:　　　　　　0102663943001
　　　The Paul Revere Life Insurance Company

Dear Attorney Lapuyade,

As outlined within the February 12, 2021 letter to Dr. Jeffrey Sabin, to be certain all the concerns are addressed his Individual Disability Income claim was referred for continuation of an appellate review.

We are confirming receipt of your April 23, 2021 letter and supplemental documents.

We have initiated our appeal review and are committed to completing the review as soon as possible. If additional information is needed, we will contact you.

Once our appeal review is complete, we will send you our determination in writing.

Attorney Lapuyade, if you have any questions, please contact me, at 1-888-226-7959, extension 75238.

Sincerely,

*Kasandra Hazard*

Kasandra Hazard
Lead Appeals Specialist

Enclosures:　-Claimant: General

UNUM IS A REGISTERED TRADEMARK AND MARKETING BRAND OF UNUM GROUP AND ITS INSURING SUBSIDIARIES.
1242-03

0287500922136350 1

*Claimant Name: Jeffrey J Sabin*　　*Claim #:　18451825*

PRL-CL-IDI-003216

**EXHIBIT 14**